# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**XIPING HE GONZALES;** and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02048-JAM-AC<br><br>**ORDER SETTING ASIDE DEFAULT BY CLERK** |

Upon review of the Stipulation to Set Aside Clerk's Entry of Default by Plaintiff, Scott Johnson, and Defendant, Xiping He Gonzales, and good cause appearing:

IT IS ORDERED that the Default by Clerk (Docket Item 10) dated January 3, 2018, as against Xiping He Gonzales, is hereby set aside. Defendant shall have ten (10) days after the date of this Order to file her answer to the complaint.

Dated: 1/17/2018

　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE